## DISCIPLINARY DOCKET

**92-1344.** Dayton Bar Assn. v. Hannah. On contempt order for nonpayment of board costs and failure to comply with disciplinary order. John Marshall Hannah is found in contempt. He is indefinitely suspended from the practice of law until he pays his costs in full and fully complies with the disciplinary order.

**92-2170.** Columbus Bar Assn. v. Morgan. On motion to pay costs in installments. Motion granted.

MOYER, C.J., dissents.